**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| WANDA ALABARCES | * |
| Plaintiff | * |
| v. | *  Civil No. 04-2041(SEC) |
| SABRE HOLDINGS CORP., et al | * |
| Defendant | * |

**JUDGMENT**

Pursuant to the Opinion and Order of even date (Docket # 38), Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of September, 2006.

S/ *Salvador E. Casellas*

SALVADOR E. CASELLAS
U.S. Senior District Judge